## IN RE JUDICIAL INQUIRY NO. 85-01

DUPONT, C. J., DALY, O'CONNELL, NORCOTT, FOTI, LAVERY, LANDAU and HEIMAN, Js.

Remanded April 14—decision released June 16, 1992

*Henri Alexandre,* assistant attorney general, with whom, on the brief, was *Richard Blumenthal,* attorney general, for the appellants (petitioners).

*Roger J. Frechette,* for the appellee (investigatory grand jury panel).

PER CURIAM. The petition for review is dismissed pursuant to *In re Judicial Inquiry No. 85-01,* 221 Conn. 625, 605 A.2d 545 (1992).